UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In RE: | ) | BK No.: 10-40931 |
| Henry Apfelbach | ) | |
| | ) | Chapter 7 |
| | ) | Hon. Pamela S. Hollis |
| Debtor | ) | |

FINAL APPLICATION OF ABRAMS & STEINBERG, P.C. FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
NOVEMBER 14, 2013 THROUGH JUNE 9, 2014

Pursuant to sections 330 and 331 of the Bankruptcy Code, and Bankruptcy Rule 2016, Abrams & Steinberg, P.C. as accountants to the trustee, Richard J. Mason, respectfully requests that this Court approve and allow compensation for professional services rendered during the period November 14, 2013 through June 9, 2014 (the "Application Period"). A&S seeks an aggregate amount of $1,789.75 in professional fees to complete the 2012 federal and Illinois income tax returns.

A narrative of the categories of professional services is provided in this Application. The detailed time records of each professional of A&S who provided services are attached at Exhibit 1. The list of professionals providing services, with their hourly rates, hours of service, and aggregate charges for each professional is attached at Exhibit 2.

I. Introduction

A. Statements Required by Statutes, Rules and Orders

On or about December 26, 2007, (the "Debtor") filed a voluntary petition under chapter 7 of title 11, United Stated Code (the "Code).

On or about December 26, 2007, Richard J. Mason was duly appointed acting and qualified Trustee.

On or about May 19th, 2011, the trustee filed a motion to retain Abrams & Steinberg, P.C. ("A&S") as its accountants. On May 19th, 2011, this Court entered an order to retain A&S as accountants.

The fees charged and expenses incurred by A&S are its usual and customary hourly rates and cost charges that are consistent with fees and costs charged to other clients in both bankruptcy and non-bankruptcy matters during the Application Period. A&S has not made any adjustment to its rates or expenses in consideration of the complexity of the matters presented, delays in payment, risk of non-payment, or for any other reason occasioned by representation of a trustee in a Chapter 7 case.

As of this date, A&S has not received any payment or promise of payment from any entity for the services rendered or the related expenses incurred during the Application Period.

No agreement or understanding exists between A&S and any third person for the sharing of compensation to be received by A&S in this case, except sharing of compensation among the principals of A&S, as allowed by section 504(b) of the Bankruptcy Code and Bankruptcy Rule 2016.

All of the services rendered by A&S for which compensation is requested were rendered at the request of the trustee or their counsel, on its behalf, and not on behalf of any other person or entity. These services are compensable under the authority of sections 330 and 331 of the Bankruptcy Code. The compensation requested for the Application Period is reasonable for the actual and necessary services rendered by A&S, based on the nature, extent and value of such professional services, and the cost of comparable services other than in a bankruptcy case. The undersigned, certifies that each task for which reimbursement is sought in this Application was assigned by him to the professional, paralegal or other employee of A&S who, in his judgment, was the most suitable available professional or support person, as measured by a balance of the expertise necessary to adequately represent the trustee and such person's hourly billing rate. A&S has not previously filed with the Court an application for approval of compensation of the fees requested by this Application.

### B.     Professionals Rendering Services During the Application Period

During the Application Period, A&S representation of the trustee has been administered by Barry G. Steinberg, as the principal in charge, with assistance primarily from Henry Goldenstein.

**Barry G. Steinberg** received his Master' Degree from DePaul University and his Bachelor's Degree from Indiana University. Mr. Steinberg is a CPA and is a co-founding principal of A&S. He has over thirty years of accounting, tax and consulting experience.

**Henry Goldenstein** received his Master' Degree in taxation from DePaul University and his Bachelor's Degree from University of Illinois at Urbana-Champaign. Mr. Goldenstein is a CPA with over thirty years of accounting, tax and consulting experience.

C.  **Summary of Work Performed**

The following is a general description of the categories into which A&S organized its time records, and under each category a narrative description of the work performed in that category, as well as the total number of hours expended and the amounts requested for each category.

**Income Tax Preparation and Review**

Work performed under this category consisted primarily of the preparation and review of the 2012 federal and state income tax returns.

In connection with the foregoing, A&S expended 6.85 hours for which it seeks final compensation in the amount of $1,789.75 for services performed. An itemized breakdown of services rendered is attached as Exhibit 1. A general breakdown of the services is as follows:

| Name | Hours |
|---|---|
| Henry Goldenstein | 5.10 |
| Barry Steinberg | 1.75 |
| Total | 6.85 |

Wherefore, A&S respectfully requests that this court enter an order:

(a) Awarding A&S $1,789.75 for actual, necessary and valuable accounting services rendered by A&S during the period of this final fee application;

(b) Authorizing the Trustee to immediately pay to A&S $1,789.75 for its fees.

Respectfully Submitted,
Abrams & Steinberg, P.C.

Barry G. Steinberg, Principal

Barry G. Steinberg
ABRAMS & STEINBERG, P.C.

Bankruptcy Estate of Henry Apfelbach

Schedule of Professionals Providing Services

| Name | Hourly Rate | Hours of Service | Aggregate Charges |
|---|---|---|---|
| Henry Goldenstein | $235 | 1.10 | $ 258.50 |
| Henry Goldenstein | $245 | 4.00 | 980.00 |
| Barry Steinberg | $315 | <u>1.75</u> | <u>551.25</u> |
| Total | | 6.85 | <u>$1,789.75</u> |

**Exhibit 2**

| 6/6/2014 | Abrams & Steinberg, P.C. | |
|---|---|---|
| 4:20 PM | Pre-bill Worksheet | Page   1 |

---

## Selection Criteria

| Clie.Selection | Include: Apfelbach, H |
|---|---|

---

| | |
|---|---|
| Nickname | Apfelbach, H \| 1761 |
| Full Name | Henry Apfelbach |
| Address | |
| Phone 1 | Phone 2 |
| Phone 3 | Phone 4 |
| In Ref To | |
| Fees Arrg. | By billing value on each slip |
| Expense Arrg. | By billing value on each slip |
| Tax Profile | Exempt |
| Last bill | |
| Last charge | 6/6/2014 |
| Last payment | Amount   $0.00 |

| Date / ID | User / Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 11/14/2013 | Henry Goldenst | 235.00 | 1.10 | 258.50 | Do Not Bill |
| 85366 | Tax Prep | | 1.10 | 258.50 | |
| | review of documents and emails | | | | |
| 1/14/2014 | Henry Goldenst | 245.00 | 0.80 | 196.00 | Do Not Bill |
| 85954 | Tax Prep | | 0.80 | 196.00 | |
| 1/15/2014 | Henry Goldenst | 245.00 | 1.70 | 416.50 | Do Not Bill |
| 85972 | Tax Prep | | 1.70 | 416.50 | |
| 1/17/2014 | Henry Goldenst | 245.00 | 0.50 | 122.50 | Do Not Bill |
| 86007 | Tax Prep | | 0.50 | 122.50 | |
| | edit attachments, assemble | | | | |
| 1/30/2014 | Barry Steinberg | 315.00 | 1.75 | 551.25 | Do Not Bill |
| 86223 | Tax Review | | 1.75 | 551.25 | |
| | Review federal and state tax returns. | | | | |
| 6/6/2014 | Henry Goldenst | 245.00 | 1.00 | 245.00 | Do Not Bill |
| 88899 | Accounting | | 1.00 | 245.00 | |
| | Accounting Services: fee petition prep | | | | |

| TOTAL | Billable Fees | | 0.00 | | $0.00 |
|---|---|---|---|---|---|
| | Do Not Bill | | 6.85 | $1,789.75 | |

Total of billable expense slips   $0.00