# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: APFELBACH, HENRY                           § Case No. 10-40941
                                                  §
                                                  §
                                                  §
Debtor(s)                                         §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
<u>RICHARD J. MASON                </u>, trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

   The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:
   Office of Court Clerk
   U.S. Bankruptcy Court
   219 S Dearborn
   Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 10 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 10:30AM on 08/21/2014 in Courtroom 644, United States Courthouse,
219 S Dearborn
Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  07/22/2014          By:  /s/ Richard J. Mason
                                              Trustee

RICHARD J. MASON
77 West Wacker Drive
Suite # 4100
Chicago, IL  60601-1815
(312) 750-3597

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: APFELBACH, HENRY | § | Case No. 10-40941 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 78,000.01 |
| *and approved disbursements of* | $ 33,419.15 |
| *leaving a balance on hand of* [1] | $ 44,580.86 |
| **Balance on hand:** | $ 44,580.86 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 44,580.86 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD J. MASON | 7,150.00 | 0.00 | 7,150.00 |
| Accountant for Trustee, Fees - Abrams & Steinberg, P.C. | 1,789.75 | 0.00 | 1,789.75 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 8,939.75 |
| Remaining balance: | $ 35,641.11 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 35,641.11

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $179,200.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Katherine Apfelbach | 179,200.00 | 0.00 | 35,641.11 |
| 4P | Department of the Treasury | 0.00 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 35,641.11
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 186,403.92 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Katherine Apfelbach | 9,800.00 | 0.00 | 0.00 |
| 2 | Midland Funding LLC | 14,148.05 | 0.00 | 0.00 |
| 3 | Midland Funding LLC | 37,065.40 | 0.00 | 0.00 |
| 4U | Department of the Treasury | 1,636.64 | 0.00 | 0.00 |
| 5 | ASSET ACCEPTANCE LLC ASSIGNEE CITIBANK | 123,741.29 | 0.00 | 0.00 |
| 6 | American Express Centurion Bank | 12.54 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $        0.00
Remaining balance:   $        0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $        0.00
Remaining balance:   $        0.00

Prepared By:  /s/RICHARD J. MASON
                                    Trustee

RICHARD J. MASON
77 West Wacker Drive
Suite # 4100
Chicago, IL  60601-1815
(312) 750-3597

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                      Case No. 10-40941-PSH
Henry Apfelbach                                                             Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: corrinal                Page 1 of 3                Date Rcvd: Jul 23, 2014
                              Form ID: pdf006               Total Noticed: 73

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 25, 2014.
```
db         +Henry Apfelbach,    900 North Kingsbury,    Unit #703,    Chicago, IL 60610-7433
16126871   +American Express,    Attn: Credit Department,    P.O. Box 981540,    El Paso, TX 79998-1540
18649276    American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16126872   +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
16126873   +Andrew Wineburgh,    2301 West Fullerton,    Unit #201,    Chicago, IL 60647
16126874   +Arrow Financial Servic,    5996 W Touhy Ave,    Niles, IL 60714-4610
16126875    Arrow Financial Services,    21031 Network Place,    Chicago, IL 60673-1031
16126878   +Bally Total Fitness,    12440 E Imperial Hwy #30,    Norwalk, CA 90650-3178
16126879    Bally's Sports Clubs,    12440 Imperial Highway,    Suite 300,    Norwalk, CA 90650-8309
16126880   #+Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
16126881   +Blatt, Hasenmiller, Leibsker & Moor,    125 S. Wacker Dr.,    suite 400,    Chicago, IL 60606-4440
16126882   +Blmdsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
16126883   +Bloomingdales,    Bankruptcy Processing,    PO Box 8053,    Mason, OH 45040-8053
16126886   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Cap One,     Po Box 85520,    Richmond, VA 23285)
16126885   ++COLLECT AMERICA LTD,    4340 S MONACO PKWY,    2ND FL,    DENVER CO 80237-3485
             (address filed with court: Cach Llc,     370 17th St Ste 5000,    Denver, CO 80202)
16126889    Chase,    3rd Party Handling,    PO Box 15145,    Wilmington, DE 19850-5145
16126888   +Chase,    340 S Cleveland Av; Bldg 370,    Mail Code: OH1-1188,    Westerville, OH 43081-8917
16126890    Citi,    P.O. Box 6077,    Sioux Falls, SD 57117-6077
16126891   +Collection Company O,    700 Lonwater Drive,    Norwell, MA 02061-1796
16126893   +Dr. James Hauf,    Winettka, IL 60093
16561445   +Dr. Kimberly Ricuarte,    570 North Lincoln Ave,    Suite 4,    Winnetka, IL 60093-2355
16126908   +Dr. Kimberly Riquarte,    570 North Lincoln Ave, Suite 4,    Winnetka, IL 60093-2355
16126895   +FIA Card Services as Successor,    Bank of America,    1000 Samoset Drive; DE5-023-03-03,
             Newark, DE 19713-6000
16126899   +Hsbc/Neimn,    Po Box 15221,    Wilmington, DE 19850-5221
16126900   +Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,    Chicago, IL 60664-0338
16126902   +JC Penny,    310 South Main,    Salt Lake City, UT 84101-2125
16126906    JP Morgan Chase Bank NA,    P.O. Box 260180,    Baton Rouge, LA 70826-0180
16126905   +Jp Morgan,    Po Box 32096,    Louisville, KY 40232-2096
16126907    Katherine Apfelbach,    332 Ingram,    Northfield, IL 60093-3139
16126911   +Lake Forest Bank & Tru,    727 N Bank Ln,    Lake Forest, IL 60045-1898
16126912   +Lk Forst B&T,    727 N Bank Lane,    Lake Forest, IL 60045-1887
19932064    Midland Funding LLC,    By its authorized agent Recoser, LLC,    25 SE 2nd Ave, Suite 1120,
             Miami, FL 33131-1605
16126914    Mortgage Service Cente,    2001 Leadenhall Rd,    Mount Laurel, NJ 08054
16126917   +North Shore Community Bank,    1145 Wilmette,    Wilmette, IL 60091-2603
16126918   +Northbrook Bank & Trust,    1100 Waukegan Rd,    Northbrook, IL 60062-4663
16126919   +Northbrook Bank & Trust,    1946 West Irving Park Road,    Chicago, IL 60613-2408
16126920   +Nrthbk B&T,    1340 Shermer Road,    Northbrook, IL 60062-4598
16126921   +Nview B&T,    245 Waukegan Road,    Northfield, IL 60093-2759
16126922   +Oakbrookbk,    2021 Spring Rd,    Oak Brook, IL 60523-1813
16561475   +PNC Bank,    Oakbrook Branch,    2021 Spring Rd,    Oak Brook, IL 60523-1857
16126924   +Peoplesene,    130 E. Randolph Drive,    Chicago, IL 60601-6302
16126925   +Rnb-Fields3,    Po Box 9475,    Minneapolis, MN 55440-9475
16126926   +Sst/Jpmc,    4315 Pickett Rd,    Saint Joseph, MO 64503-1600
16126927   +Suntrust Mortgage/Cc 5,    1001 Semmes Ave,    Richmond, VA 23224-2245
16126928   +Visdsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
16126930   +Wayne S. Shapiro,    111 West Washington,    Chicago, IL 60602-2715
16126931    Wells Fargo & Co. Home Equity,    P.O. Box 10438,    X2505-206,    Des Moines, IA 50306-0438
16126932    Wells Fargo Bank,    P.O. Box 10335,    MAC X2302-04E,    Des Moines, IA 50306-0335
16126933   +Wells Fargo Bank Nv Na,    Po Box 31557,    Billings, MT 59107-1557
16126934    Wells Fargo Bank, N.A.,    Attn: Bankruptcy Dept,    One Home Campus MAC X2501-01,
             Des Moines, IA 50328-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18571816   +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jul 24 2014 00:29:35
             ASSET ACCEPTANCE LLC ASSIGNEE CITIBANK,    PO BOX 2036,    WARREN MI 48090-2036
16126877   +E-mail/Text: g17768@att.com Jul 24 2014 00:28:58      AT&T,    Bankruptcy Desk,    P.O. Box 769,
             Arlington, TX 76004-0769
16126870   +E-mail/Text: www@arthuradler.com Jul 24 2014 00:29:54      Adler Arthur B. & Assoc,
             25 East Washinton #500,    Chicago, IL 60602-1703
16126876   +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jul 24 2014 00:29:35      Asset Acceptance Llc,
             Po Box 2036,    Warren, MI 48090-2036
16126884    E-mail/Text: bankruptcynotices@bmwfs.com Jul 24 2014 00:30:18      Bmw Financial Services,
             5515 Parkcenter Cir,    Dublin, OH 43017
18392865    E-mail/PDF: rmscedi@recoverycorp.com Jul 24 2014 00:33:03      Capital Recovery IV LLC,
             c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
16126887   +E-mail/Text: contact@csicollects.com Jul 24 2014 00:30:40      Certified Services Inc,
             1733 Washington St Ste 2,    Waukegan, IL 60085-5192
16126901    E-mail/Text: cio.bncmail@irs.gov Jul 24 2014 00:29:17      Department of the Treasury,
             Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
```

```
District/off: 0752-1          User: corrinal              Page 2 of 3                   Date Rcvd: Jul 23, 2014
                              Form ID: pdf006             Total Noticed: 73

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
16126892      +E-mail/PDF: mrdiscen@discoverfinancial.com Jul 24 2014 00:32:44      Discover Fin Svcs Llc,
                Po Box 15316,    Wilmington, DE 19850-5316
16126894      +E-mail/Text: bknotice@erccollections.com Jul 24 2014 00:29:49      Enhanced Recovery Corp,
                8014 Bayberry Rd,    Jacksonville, FL 32256-7412
16126896      +E-mail/PDF: gecsedi@recoverycorp.com Jul 24 2014 00:32:18      GE Money Bank: Consumer Finance,
                Attn: Bankruptcy Dept,    PO Box 103104,    Roswell, GA 30076-9104
16126897      +E-mail/PDF: gecsedi@recoverycorp.com Jul 24 2014 00:32:16      Gemb/Gap,    Po Box 981400,
                El Paso, TX 79998-1400
16126898       E-mail/PDF: gecsedi@recoverycorp.com Jul 24 2014 00:32:16      Gemb/Jcp,    Po Box 984100,
                El Paso, TX 79998
16561453       E-mail/Text: cio.bncmail@irs.gov Jul 24 2014 00:29:17      Internal Revenue Service,
                ACS Support - Stop 813G,    P.O. Box 145566,    Cincinnati, OH 45250-5566
16126903       E-mail/PDF: gecsedi@recoverycorp.com Jul 24 2014 00:32:16      JCPenney,    P.O. Box 960090,
                Orlando, FL 32896-0090
16126904       E-mail/PDF: gecsedi@recoverycorp.com Jul 24 2014 00:32:16      JCPenney Credit Services,
                Customer Service c/o GEMB,    P.O. Box 981131,    El Paso, TX 79998-1131
16126909      +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 24 2014 00:29:06      Kohls/Chase,
                N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
16126910      +E-mail/Text: ndaily@ksnlaw.com Jul 24 2014 00:29:24      Kovitz, Shifrin, Nesbit,
                750 Lake Cook Road,    Suite 350,    Buffalo Grove, IL 60089-2086
16126915      +E-mail/Text: bankrup@aglresources.com Jul 24 2014 00:28:48      Nicor Gas,    1844 Ferry Road,
                Naperville, IL 60563-9600
16126916      +E-mail/Text: bnc@nordstrom.com Jul 24 2014 00:29:06      Nordstrom Fsb,    Po Box 6555,
                Englewood, CO 80155-6555
16126923      +E-mail/Text: creditreconciliation@peoples.com Jul 24 2014 00:29:46      Peoples United Bank,
                850 Main St,    Bridgeport, CT 06604-4904
19932065       E-mail/PDF: rmscedi@recoverycorp.com Jul 24 2014 00:32:18
                Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
16126929      +E-mail/Text: vci.bkcy@vwcredit.com Jul 24 2014 00:29:52      Vw Credit Inc,    1401 Franklin Blvd,
                Libertyville, IL 60048-4460
                                                                                              TOTAL: 23

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16126913         Merrill Lynch
16561464         Merrill Lynch
16561428*       +AT&T,    Bankruptcy Desk,    P.O. Box 769,    Arlington, TX 76004-0769
16561421*       +Adler Arthur B. & Assoc,    25 East Washinton #500,    Chicago, IL 60602-1703
16561422*       +American Express,    Attn: Credit Department,    P.O. Box 981540,    El Paso, TX 79998-1540
16561423*       +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
16561424*        Andrew Wineburgh,    2301 West Fullerton,    Unit #201,    Chicago, IL 60647
16561425*       +Arrow Financial Servic,    5996 W Touhy Ave,    Niles, IL 60714-4610
16561426*        Arrow Financial Services,    21031 Network Place,    Chicago, IL 60678-1031
16561427*       +Asset Acceptance Llc,    Po Box 2036,    Warren, MI 48090-2036
16561435*      ++BMW FINANCIAL SERVICES,    CUSTOMER SERVICE CENTER,    PO BOX 3608,    DUBLIN OH 43016-0306
                (address filed with court: Bmw Financial Services,     5515 Parkcenter Cir,    Dublin, OH 43017)
16561429*       +Bally Total Fitness,    12440 E Imperial Hwy #30,    Norwalk, CA 90650-3178
16561430*        Bally's Sports Clubs,    12440 Imperial Highway,    Suite 300,    Norwalk, CA 90650-8309
16561431*       +Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
16561432*       +Blatt, Hasenmiller, Leibsker & Moor,    125 S. Wacker Dr.,    suite 400,    Chicago, IL 60606-4440
16561433*       +Blmdsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
16561434*       +Bloomingdales,    Bankruptcy Processing,    PO Box 8053,    Mason, OH 45040-8053
16561437*      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
16561436*      ++COLLECT AMERICA LTD,    4340 S MONACO PKWY,    2ND FL,    DENVER CO 80237-3485
                (address filed with court: Cach Llc,    370 17th St Ste 5000,    Denver, CO 80202)
16561438*       +Certified Services Inc,    1733 Washington St Ste 2,    Waukegan, IL 60085-5192
16561439*       +Chase,    340 S Cleveland Av; Bldg 370,    Mail Code:  OH1-1188,    Westerville, OH 43081-8917
16561440*        Chase,    3rd Party Handling,    PO Box 15145,    Wilmington, DE 19850-5145
16561441*        Citi,    P.O. Box 6077,    Sioux Falls, SD 57117-6077
16561442*       +Collection Company O,    700 Lonwater Drive,    Norwell, MA 02061-1796
16561443*       +Discover Fin Svcs Llc,    Po Box 15316,    Wilmington, DE 19850-5316
16561444*       +Dr. James Hauf,    Winettka, IL 60093
16561446*       +Enhanced Recovery Corp,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
16561447*       +FIA Card Services as Successor,    Bank of America,    1000 Samoset Drive; DE5-023-03-03,
                Newark, DE 19713-6000
16561448*       +GE Money Bank: Consumer Finance,    Attn: Bankruptcy Dept,    PO Box 103104,
                Roswell, GA 30076-9104
16561449*       +Gemb/Gap,    Po Box 981400,    El Paso, TX 79998-1400
16561450*        Gemb/Jcp,    Po Box 984100,    El Paso, TX 79998
16561451*       +Hsbc/Neimn,    Po Box 15221,    Wilmington, DE 19850-5221
16561452*       +Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,    Chicago, IL 60664-0338
16561454*       +JC Penny,    310 South Main,    Salt Lake City, UT 84101-2125
16561455*       +JCPenney,    P.O. Box 960090,    Orlando, FL 32896-0090
16561456*        JCPenney Credit Services,    Customer Service c/o GEMB,    P.O. Box 981131,
                El Paso, TX 79998-1131
16561458*        JP Morgan Chase Bank NA,    P.O. Box 260180,    Baton Rouge, LA 70826-0180
16561457*       +Jp Morgan,    Po Box 32096,    Louisville, KY 40232-2096
```

```
District/off: 0752-1          User: corrinal             Page 3 of 3                   Date Rcvd: Jul 23, 2014
                              Form ID: pdf006            Total Noticed: 73


             ***** BYPASSED RECIPIENTS (continued) *****
16561459*      Katherine Apfelbach,    332 Ingram,    Northfield, IL 60093-3139
16561460*     +Kohls/Chase,   N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
16561461*     +Kovitz, Shifrin, Nesbit,    750 Lake Cook Road,    Suite 350,    Buffalo Grove, IL 60089-2086
16561462*     +Lake Forest Bank & Tru,    727 N Bank Ln,    Lake Forest, IL 60045-1898
16561463*     +Lk Forst B&T,   727 N Bank Lane,    Lake Forest, IL 60045-1887
16561465*      Mortgage Service Cente,    2001 Leadenhall Rd,    Mount Laurel, NJ 08054
16561466*     +Nicor Gas,   1844 Ferry Road,    Naperville, IL 60563-9600
16561467*     +Nordstrom Fsb,    Po Box 6555,    Englewood, CO 80155-6555
16561468*     +North Shore Community Bank,    1145 Wilmette,    Wilmette, IL 60091-2603
16561469*     +Northbrook Bank & Trust,    1100 Waukegan Rd,    Northbrook, IL 60062-4663
16561470*     +Northbrook Bank & Trust,    1946 West Irving Park Road,    Chicago, IL 60613-2408
16561471*     +Nrthbk B&T,   1340 Shermer Road,    Northbrook, IL 60062-4598
16561472*     +Nview B&T,   245 Waukegan Road,    Northfield, IL 60093-2759
16561473*     +Peoples United Bank,    850 Main St,    Bridgeport, CT 06604-4904
16561474*     +Peoplesene,   130 E. Randolph Drive,    Chicago, IL 60601-6302
16561476*     +Rnb-Fields3,    Po Box 9475,    Minneapolis, MN 55440-9475
16561477*     +Sst/Jpmc,   4315 Pickett Rd,    Saint Joseph, MO 64503-1600
16561478*     +Suntrust Mortgage/Cc 5,    1001 Semmes Ave,    Richmond, VA 23224-2245
16561479*     +Visdsnb,   9111 Duke Blvd,    Mason, OH 45040-8999
16561480*     +Vw Credit Inc,    1401 Franklin Blvd,    Libertyville, IL 60048-4460
16561481*     +Wayne S. Shapiro,    111 West Washington,    Chicago, IL 60602-2715
16561482*      Wells Fargo & Co. Home Equity,    P.O. Box 10438,    X2505-206,    Des Moines, IA 50306-0438
16561483*      Wells Fargo Bank,    P.O. Box 10335,    MAC X2302-04E,    Des Moines, IA 50306-0335
16561484*     +Wells Fargo Bank Nv Na,    Po Box 31557,    Billings, MT 59107-1557
16561485*      Wells Fargo Bank, N.A.,    Attn: Bankruptcy Dept,    One Home Campus MAC X2501-01,
               Des Moines, IA 50328-0001
                                                                                           TOTALS: 2, * 61, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2014                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 22, 2014 at the address(es) listed below:
              David C. Nelson    on behalf of Debtor Henry  Apfelbach dcnelson@nelsonlawoffice.com,
               deanna.trejo@nelsonlawoffice.com;NLO6276706ECF@gmail.com
              Ira P Goldberg    on behalf of Trustee Richard J Mason igoldberg@dimontelaw.com,
               jjarke@dimontelaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard J Mason    rmason@mcguirewoods.com, IL54@ecfcbis.com
                                                                                              TOTAL: 4
```