# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: APFELBACH, HENRY | § | Case No. 10-40941 |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

RICHARD J. MASON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $21,239.00
*(without deducting any secured claims)*

Assets Exempt:  $6,701.00

Total Distribution to Claimants: $35,641.11

Claims Discharged
Without Payment: $329,962.81

Total Expenses of Administration: $42,358.90

3)  Total gross receipts of $      78,000.01      (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $       0.00      (see **Exhibit 2**), yielded net receipts of  $78,000.01 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 42,358.90 | 42,358.90 | 42,358.90 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 187,914.90 | 179,200.00 | 35,641.11 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 186,403.92 | 186,403.92 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $416,677.72 | $407,962.82 | $78,000.01 |

4)  This case was originally filed under Chapter 7 on September 13, 2010. The case was pending for 49 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  09/29/2014            By:  /s/RICHARD J. MASON
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Henry W. Apfelbach Irrevocable Children's Trust | 1129-000 | 3,000.00 |
| Family Trust | 1129-000 | 75,000.00 |
| Interest Income | 1270-000 | 0.01 |
| **TOTAL GROSS RECEIPTS** | | **$78,000.01** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | None | | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD J. MASON | 2100-000 | N/A | 7,150.00 | 7,150.00 | 7,150.00 |
| Abrams & Steinberg, P.C. | 3410-000 | N/A | 1,789.75 | 1,789.75 | 1,789.75 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| International Sureties, LTD. | 2300-000 | N/A | 32.49 | 32.49 | 32.49 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| DiMonte & Lizak, LLC | 3210-000 | N/A | 31,200.00 | 31,200.00 | 31,200.00 |
| DiMonte & Lizak, LLC | 3220-000 | N/A | 141.64 | 141.64 | 141.64 |
| The Bank of New York Mellon | 2600-000 | N/A | 98.37 | 98.37 | 98.37 |
| The Bank of New York Mellon | 2600-000 | N/A | 98.20 | 98.20 | 98.20 |
| The Bank of New York Mellon | 2600-000 | N/A | 88.51 | 88.51 | 88.51 |
| The Bank of New York Mellon | 2600-000 | N/A | 104.11 | 104.11 | 104.11 |
| The Bank of New York Mellon | 2600-000 | N/A | 94.43 | 94.43 | 94.43 |
| Rabobank, N.A. | 2600-000 | N/A | 61.57 | 61.57 | 61.57 |
| Rabobank, N.A. | 2600-000 | N/A | 72.65 | 72.65 | 72.65 |
| International Sureties, LTD. | 2300-000 | N/A | 189.46 | 189.46 | 189.46 |
| Rabobank, N.A. | 2600-000 | N/A | 61.55 | 61.55 | 61.55 |
| Rabobank, N.A. | 2600-000 | N/A | 63.41 | 63.41 | 63.41 |
| Rabobank, N.A. | 2600-000 | N/A | 69.87 | 69.87 | 69.87 |
| Rabobank, N.A. | 2600-000 | N/A | 67.58 | 67.58 | 67.58 |
| Rabobank, N.A. | 2600-000 | N/A | 60.95 | 60.95 | 60.95 |
| Rabobank, N.A. | 2600-000 | N/A | 71.74 | 71.74 | 71.74 |
| Rabobank, N.A. | 2600-000 | N/A | 65.11 | 65.11 | 65.11 |
| Rabobank, N.A. | 2600-000 | N/A | 62.85 | 62.85 | 62.85 |
| Rabobank, N.A. | 2600-000 | N/A | 71.43 | 71.43 | 71.43 |
| Rabobank, N.A. | 2600-000 | N/A | 60.50 | 60.50 | 60.50 |
| Rabobank, N.A. | 2600-000 | N/A | 71.22 | 71.22 | 71.22 |
| Rabobank, N.A. | 2600-000 | N/A | 66.79 | 66.79 | 66.79 |
| International Sureties, LTD. | 2300-000 | N/A | 39.41 | 39.41 | 39.41 |
| Rabobank, N.A. | 2600-000 | N/A | 60.24 | 60.24 | 60.24 |
| Rabobank, N.A. | 2600-000 | N/A | 62.26 | 62.26 | 62.26 |
| Rabobank, N.A. | 2600-000 | N/A | 68.60 | 68.60 | 68.60 |
| Rabobank, N.A. | 2600-000 | N/A | 64.21 | 64.21 | 64.21 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $42,358.90 | $42,358.90 | $42,358.90 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Katherine Apfelbach | 5800-000 | N/A | 179,200.00 | 179,200.00 | 35,641.11 |
| 4P | Department of the Treasury | 5800-000 | N/A | 8,714.90 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $187,914.90 | $179,200.00 | $35,641.11 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Katherine Apfelbach | 7100-000 | N/A | 9,800.00 | 9,800.00 | 0.00 |
| 2 | Midland Funding LLC | 7100-000 | N/A | 14,148.05 | 14,148.05 | 0.00 |
| 3 | Midland Funding LLC | 7100-000 | N/A | 37,065.40 | 37,065.40 | 0.00 |
| 4U | Department of the Treasury | 7100-000 | N/A | 1,636.64 | 1,636.64 | 0.00 |
| 5 | ASSET ACCEPTANCE LLC ASSIGNEE CITIBANK | 7100-000 | N/A | 123,741.29 | 123,741.29 | 0.00 |
| 6 | American Express Centurion Bank | 7100-000 | N/A | 12.54 | 12.54 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $186,403.92 | $186,403.92 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 10-40941 | Trustee: | (330470) | RICHARD J. MASON |
|---|---|---|---|---|
| Case Name: | APFELBACH, HENRY | Filed (f) or Converted (c): | 09/13/10 (f) | |
| | | §341(a) Meeting Date: | 11/15/10 | |
| Period Ending: 09/29/14 | | Claims Bar Date: | 04/13/12 | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Cash on Self  Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 2 | Checking Account with Citibank as Account #xxxxx  Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 3 | 2 Beds, Table, Chairs, Sofa, TV, Kitchen Utensil  Orig. Asset Memo: Imported from original petition Doc# 1 | 400.00 | 0.00 | | 0.00 | FA |
| 4 | Necessary Wearing Apparel  Orig. Asset Memo: Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 5 | 2009 tax refund. Tax Refund used to pay accounta  Orig. Asset Memo: Imported from original petition Doc# 1 | 15,338.00 | 11,938.00 | | 0.00 | FA |
| 6 | Apfelbach Real Estate Limited Partnership, L.P.  Orig. Asset Memo: Imported from original petition Doc# 1 | 1.00 | 0.00 | | 0.00 | FA |
| 7 | 2002 Mercedes C230; 90,000 miles. Recent estimat  Orig. Asset Memo: Imported from original petition Doc# 1 | 2,400.00 | 0.00 | | 0.00 | FA |
| 8 | 2008 Lance Scooter, 5000 miles. Scooter is in po  Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 100.00 | | 0.00 | FA |
| 9 | 1990 32 Foot Chris Craft Cruiser Twin Engine. Bo  Orig. Asset Memo: Imported from original petition Doc# 1 | 2,500.00 | 0.00 | | 0.00 | FA |
| 10 | Henry W. Apfelbach Irrevocable Children's Trust | 0.00 | 0.00 | | 3,000.00 | FA |
| 11 | Family Trust | 0.00 | 0.00 | | 75,000.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.01 | Unknown |
| 12 | **Assets**  **Totals** (Excluding unknown values) | **$21,239.00** | **$12,038.00** | | **$78,000.01** | **$0.00** |

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 10-40941 | **Trustee:** (330470) RICHARD J. MASON |
| **Case Name:** APFELBACH, HENRY | **Filed (f) or Converted (c):** 09/13/10 (f) |
| | **§341(a) Meeting Date:** 11/15/10 |
| **Period Ending:** 09/29/14 | **Claims Bar Date:** 04/13/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**  August 31, 2012          **Current Projected Date Of Final Report (TFR):**       June 1, 2014

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 10-40941 | **Trustee:** RICHARD J. MASON (330470) |
| **Case Name:** APFELBACH, HENRY | **Bank Name:** The Bank of New York Mellon |
| | **Account:** ****-******29-65 - Checking Account |
| **Taxpayer ID #:** **-***4665 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 09/29/14 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/12/12 | {10} | Mass Mutual Financial Group | | 1129-000 | 3,000.00 | | 3,000.00 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 3,000.01 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,975.01 |
| 02/09/12 | 1001 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/09/2012 FOR CASE #10-40941<br>Voided on 02/09/12 | 2300-000 | | ! 33.12 | 2,941.89 |
| 02/09/12 | 1001 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/09/2012 FOR CASE #10-40941<br>Voided: check issued on 02/09/12 | 2300-000 | | ! -33.12 | 2,975.01 |
| 02/09/12 | 1002 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/09/2012 FOR CASE #10-40941, Bond #016026455 | 2300-000 | | 32.49 | 2,942.52 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,917.52 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,892.52 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,867.52 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,842.52 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,817.52 |
| 07/12/12 | {11} | TD Ameritrade Clearing | | 1129-000 | 75,000.00 | | 77,817.52 |
| 07/27/12 | 1003 | DiMonte & Lizak, LLC | Voided on 07/27/12 | 3210-000 | | 31,361.64 | 46,455.88 |
| 07/27/12 | 1003 | DiMonte & Lizak, LLC | Voided: check issued on 07/27/12 | 3210-000 | | -31,361.64 | 77,817.52 |
| 07/27/12 | 1004 | DiMonte & Lizak, LLC | | | | 31,341.64 | 46,475.88 |
| | | | 31,200.00 | 3210-000 | | | 46,475.88 |
| | | | 141.64 | 3220-000 | | | 46,475.88 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 98.37 | 46,377.51 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 98.20 | 46,279.31 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 88.51 | 46,190.80 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 104.11 | 46,086.69 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 94.43 | 45,992.26 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033047088 20121220 | 9999-000 | | 45,992.26 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 78,000.01 | 78,000.01 | **$0.00** |
| Less: Bank Transfers | 0.00 | 45,992.26 | |
| **Subtotal** | **78,000.01** | **32,007.75** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$78,000.01** | **$32,007.75** | |

| | | |
|---|---|---|
| {} Asset reference(s) | !-Not printed or not transmitted | Printed: 09/29/2014 04:08 PM   V.13.15 |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 10-40941 | **Trustee:** RICHARD J. MASON (330470) |
| **Case Name:** APFELBACH, HENRY | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******3866 - Checking Account |
| **Taxpayer ID #:** **-***4665 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 09/29/14 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 45,992.26 | | 45,992.26 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 61.57 | 45,930.69 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 72.65 | 45,858.04 |
| 02/21/13 | 11005 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/21/2013 FOR CASE #10-40941, Bond #016026455 | 2300-000 | | 189.46 | 45,668.58 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 61.55 | 45,607.03 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 63.41 | 45,543.62 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 69.87 | 45,473.75 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 67.58 | 45,406.17 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 60.95 | 45,345.22 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 71.74 | 45,273.48 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 65.11 | 45,208.37 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 62.85 | 45,145.52 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 71.43 | 45,074.09 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 60.50 | 45,013.59 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 71.22 | 44,942.37 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 66.79 | 44,875.58 |
| 02/27/14 | 11006 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/27/2014 FOR CASE #10-40941, Bond # 016026455 | 2300-000 | | 39.41 | 44,836.17 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 60.24 | 44,775.93 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 62.26 | 44,713.67 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 68.60 | 44,645.07 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 64.21 | 44,580.86 |
| 08/26/14 | 11007 | RICHARD J. MASON | Dividend paid 100.00% on $7,150.00, Trustee Compensation; Reference: | 2100-000 | | 7,150.00 | 37,430.86 |
| 08/26/14 | 11008 | Abrams & Steinberg, P.C. | Dividend paid 100.00% on $1,789.75, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,789.75 | 35,641.11 |
| 08/26/14 | 11009 | Katherine Apfelbach | Dividend paid 19.88% on $179,200.00; Claim# 1P; Filed: $179,200.00; Reference: | 5800-000 | | 35,641.11 | 0.00 |

| | | |
|---|---|---|
| Subtotals : | $45,992.26 | $45,992.26 |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 10-40941 |
| Case Name: | APFELBACH, HENRY |
| Taxpayer ID #: | **-***4665 |
| Period Ending: | 09/29/14 |

| | |
|---|---|
| Trustee: | RICHARD J. MASON (330470) |
| Bank Name: | Rabobank, N.A. |
| Account: | ******3866 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 45,992.26 | 45,992.26 | $0.00 |
| | | | Less: Bank Transfers | | 45,992.26 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 45,992.26 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $45,992.26 | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ****-******29-65** | 78,000.01 | 32,007.75 | 0.00 |
| **Checking # ******3866** | 0.00 | 45,992.26 | 0.00 |
| | $78,000.01 | $78,000.01 | $0.00 |